# Earnings Statement

**COMCAST**

COMCAST SPECTACOR LLC
3601 South Broad St
Philadelphia, PA 19148

Page 001 of 001
Employee ID:
Period Ending: 10/09/2025
Period Beginning: 09/26/2025
Advice Date: 10/17/2025
Payroll Advice #: 0014974326
Batch Number: SCJVNMGBDHI8

Theresa Conolly
1801 Hartranft Street
Phila, PA 19145

For inquiries on this statement please call: 877-909-4748

Total Hours Worked: 13.18
Basis of Pay: Hourly
Pay Rate: 17.05

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Pay | 17.0500 | 13.18 | 224.73 | 1317.92 |
| Gross Pay | | | 224.73 | 1317.92 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Medicare | 3.26 | 19.11 |
| Social Security | 13.93 | 81.71 |
| SUI-Employee Paid - PA | 0.15 | 0.92 |
| State Tax - PA | 6.90 | 40.46 |
| City Tax - PHILA | 8.40 | 49.37 |
| Total Taxes | 32.64 | 191.57 |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| *401k Pretax | 6.74 | 39.53 |
| Spectacor Union Dues Independen | 4.00 | 32.00 |
| Total Deductions | 10.74 | 71.53 |
| Net Pay | 181.35 | 1054.82 |

| Direct Deposits | | This Period | Year-to-Date |
|---|---|---|---|
| Checking | XXXXXX7489 | | 181.35 |

*Excluded from taxable wages

© 1998, 2006, ADP, INC All Rights Reserved.
© 2002 Automatic Data Processing (PCSL/VO)
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
TEAR HERE

**Earnings Statement**

**COMCAST**

COMCAST SPECTACOR LLC
3601 South Broad St
Philadelphia, PA 19148

| | |
|---|---|
| Page | 001 of 001 |
| Employee ID | |
| Period Ending: | 10/23/2025 |
| Period Beginning: | 10/10/2025 |
| Advice Date: | 10/31/2025 |
| Payroll Advice #: | 0015025122 |
| Batch Number: | SCUIAX2IPGHL |

Theresa Conolly
1801 Hartranft Street
Phila, PA 19145

For inquiries on this statement please call: 877-909-4748

Total Hours Worked:  13.51
Basis of Pay:  Hourly
Pay Rate:  17.05

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Pay | 17.0500 | 13.51 | 230.36 | 1548.28 |
| Gross Pay | | | 230.36 | 1548.28 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Social Security | 14.28 | 95.99 |
| Medicare | 3.34 | 22.45 |
| SUI-Employee Paid - PA | 0.16 | 1.08 |
| State Tax - PA | 7.07 | 47.53 |
| City Tax - PHILA | 8.62 | 57.99 |
| Total Taxes | 33.47 | 225.04 |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| *401k Pretax | 6.91 | 46.44 |
| Spectacor Union Dues Independen | 4.00 | 36.00 |
| Total Deductions | 10.91 | 82.44 |
| Net Pay | 185.98 | 1240.80 |

| | | This Period | Year-to-Date |
|---|---|---|---|
| **Direct Deposits** | | | |
| Checking | | XXXXXX7489 | 185.98 |

*Excluded from taxable wages

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

# Earnings Statement

**COMCAST SPECTACOR LLC**
3601 South Broad St
Philadelphia, PA 19148

Page 001 of 001
Employee ID
Period Ending: 11/06/2025
Period Beginning: 10/24/2025
Advice Date: 11/14/2025
Payroll Advice #: 0015134007
Batch Number: SCHSTOFWSA2S

Theresa Conolly
1801 Hartranft Street
Phila, PA 19145

For inquiries on this statement please call: 877-909-4748
Total Hours Worked:     20.53
Basis of Pay:           Hourly
Pay Rate:               17.05

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Pay | 17.0500 | 20.53 | 350.05 | 1898.33 |
| Gross Pay | | | 350.05 | 1898.33 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Medicare | 5.08 | 27.53 |
| Social Security | 21.71 | 117.70 |
| SUI-Employee Paid - PA | 0.25 | 1.33 |
| State Tax - PA | 10.75 | 58.28 |
| City Tax - PHILA | 13.09 | 71.08 |
| Total Taxes | 50.88 | 275.92 |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| *401k Pretax | 10.50 | 56.94 |
| Spectacor Union Dues Independen | 4.00 | 40.00 |
| Total Deductions | 14.50 | 96.94 |
| Net Pay | 284.67 | 1525.47 |

| | This Period | Year-to-Date |
|---|---|---|
| **Direct Deposits** | | |
| Checking  XXXXXX7489 | 284.67 | |

*Excluded from taxable wages