# Earnings Statement

**COMCAST**

COMCAST SPECTACOR LLC
3601 South Broad St
Philadelphia, PA 19148

| | |
|---|---|
| Page | 001 of 001 |
| Employee ID | |
| Period Ending: | 09/25/2025 |
| Period Beginning: | 09/12/2025 |
| Advice Date: | 10/03/2025 |
| Payroll Advice #: | 0014879238 |
| Batch Number: | SCAKAMBCTDNH |

Theresa Conolly
1801 Hartranft Street
Phila, PA 19145

For inquiries on this statement please call: 877-909-4748

Total Hours Worked: 7.28
Basis of Pay: Hourly
Pay Rate: 17.05

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Pay | 17.0500 | 7.28 | 124.13 | 1093.19 |
| Gross Pay | | | 124.13 | 1093.19 |

**Taxes**

| | This Period | Year-to-Date |
|---|---|---|
| Medicare | 1.80 | 15.85 |
| Social Security | 7.70 | 67.78 |
| SUI-Employee Paid - PA | 0.09 | 0.77 |
| State Tax - PA | 3.81 | 33.56 |
| City Tax - PHILA | 4.64 | 40.97 |
| Total Taxes | 18.04 | 158.93 |

**Deductions**

| | This Period | Year-to-Date |
|---|---|---|
| *401k Pretax | 3.72 | 32.79 |
| Spectacor Union Dues Independen | 4.00 | 28.00 |
| Total Deductions | 7.72 | 60.79 |

| | This Period | Year-to-Date |
|---|---|---|
| Net Pay | 98.37 | 873.47 |

| | | This Period | Year-to-Date |
|---|---|---|---|
| Direct Deposits | | | |
| Checking | XXXXXX7489 | | 98.37 |

*Excluded from taxable wages

© 1998, 2006. ADP, INC All Rights Reserved.
© 2002 Automatic Data Processing (PCSUV0)
COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

# Earnings Statement

**COMCAST**

COMCAST SPECTACOR LLC
3601 South Broad St
Philadelphia, PA 19148

| | |
|---|---|
| Page | 001 of 001 |
| Employee ID | |
| Period Ending: | 10/09/2025 |
| Period Beginning: | 09/26/2025 |
| Advice Date: | 10/17/2025 |
| Payroll Advice #: | 0014974326 |
| Batch Number: | SCJVNMGBDHI8 |

Theresa Conolly
1801 Hartranft Street
Phila, PA 19145

For inquiries on this statement please call: 877-909-4748

Total Hours Worked:   13.18
Basis of Pay:         Hourly
Pay Rate:             17.05

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Pay | 17.0500 | 13.18 | 224.73 | 1317.92 |
| Gross Pay | | | 224.73 | 1317.92 |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| Medicare | 3.26 | 19.11 |
| Social Security | 13.93 | 81.71 |
| SUI-Employee Paid - PA | 0.15 | 0.92 |
| State Tax - PA | 6.90 | 40.46 |
| City Tax - PHILA | 8.40 | 49.37 |
| Total Taxes | 32.64 | 191.57 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| *401k Pretax | 6.74 | 39.53 |
| Spectacor Union Dues Independen | 4.00 | 32.00 |
| Total Deductions | 10.74 | 71.53 |
| Net Pay | 181.35 | 1054.82 |

| Direct Deposits | | This Period | Year-to-Date |
|---|---|---|---|
| Checking | XXXXXX7489 | | 181.35 |

*Excluded from taxable wages

© 1998, 2006. ADP, INC All Rights Reserved.
© 2002 Automatic Data Processing (PCSL/VO)
VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM
TEAR HERE

# Earnings Statement

**COMCAST**

COMCAST SPECTACOR LLC
3601 South Broad St
Philadelphia, PA 19148

Page 001 of 001

| | |
|---|---|
| Employee ID | |
| Period Ending: | 10/23/2025 |
| Period Beginning: | 10/10/2025 |
| Advice Date: | 10/31/2025 |
| Payroll Advice #: | 0015025122 |
| Batch Number: | SCUIAX2IPGHL |

Theresa Conolly
1801 Hartranft Street
Phila, PA 19145

For inquiries on this statement please call: 877-909-4748

Total Hours Worked: 13.51
Basis of Pay: Hourly
Pay Rate: 17.05

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Pay | 17.0500 | 13.51 | 230.36 | 1548.28 |
| Gross Pay | | | 230.36 | 1548.28 |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| Social Security | 14.28 | 95.99 |
| Medicare | 3.34 | 22.45 |
| SUI-Employee Paid - PA | 0.16 | 1.08 |
| State Tax - PA | 7.07 | 47.53 |
| City Tax - PHILA | 8.62 | 57.99 |
| Total Taxes | 33.47 | 225.04 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| *401k Pretax | 6.91 | 46.44 |
| Spectacor Union Dues Independen | 4.00 | 36.00 |
| Total Deductions | 10.91 | 82.44 |
| Net Pay | 185.98 | 1240.80 |

| | | This Period | Year-to-Date |
|---|---|---|---|
| **Direct Deposits** | | | |
| Checking | XXXXXX7489 | | 185.98 |

*Excluded from taxable wages

© 1998, 2006. ADP, INC All Rights Reserved.
© 2002 Automatic Data Processing (PCSUV0)

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

# Earnings Statement

**COMCAST SPECTACOR LLC**
3601 South Broad St
Philadelphia, PA 19148

Page 001 of 001
Employee ID
Period Ending: 11/06/2025
Period Beginning: 10/24/2025
Advice Date: 11/14/2025
Payroll Advice #: 0015134007
Batch Number: SCHSTOFWSA2S

Theresa Conolly
1801 Hartranft Street
Phila, PA 19145

For inquiries on this statement please call: 877-909-4748

Total Hours Worked: 20.53
Basis of Pay: Hourly
Pay Rate: 17.05

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Regular Pay | 17.0500 | 20.53 | 350.05 | 1898.33 |
| Gross Pay | | | 350.05 | 1898.33 |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| Medicare | 5.08 | 27.53 |
| Social Security | 21.71 | 117.70 |
| SUI-Employee Paid - PA | 0.25 | 1.33 |
| State Tax - PA | 10.75 | 58.28 |
| City Tax - PHILA | 13.09 | 71.08 |
| Total Taxes | 50.88 | 275.92 |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| *401k Pretax | 10.50 | 56.94 |
| Spectacor Union Dues Independen | 4.00 | 40.00 |
| Total Deductions | 14.50 | 96.94 |
| Net Pay | 284.67 | 1525.47 |

| | | This Period | Year-to-Date |
|---|---|---|---|
| Direct Deposits | | | |
| Checking | XXXXXX7489 | | 284.67 |

*Excluded from taxable wages

© 1998, 2006. ADP, INC All Rights Reserved.
© 2002 Automatic Data Processing (PCSUVO)

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM