United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Theresa R. Conolly

    Debtor

Case No. 25-14650-djb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2026 | Form ID: 155 | Total Noticed: 17 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Theresa R. Conolly, 1801 Hartranft St Apt 2, Philadelphia, PA 19145-5808 |
| 15072756 | LVNV Funding LLC/Resurgent Capital Services, Resurgent Correspondence, Attn: Bankrupt, Greenville, SC 29602 |
| 15072759 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 15072760 | Target NB, C/O Financial & Retail Services Mailstop, Minneapolis, MN 55440 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 15072751 | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 08 2026 01:33:41 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15077330 | + Email/PDF: ebn_ais@aisinfo.com | May 08 2026 01:33:42 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15072752 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 08 2026 01:28:00 | Comenity Bank/Breadrwds, Attn: Bankruptcy, PO Box 182273, Columbus, OH 43218-2273 |
| 15072753 | Email/PDF: creditonebknotifications@resurgent.com | May 08 2026 01:33:30 | Credit One Bank, Attn: Bankruptcy, 6801 S Cimarron Rd, Las Vegas, NV 89113-2273 |
| 15072754 | Email/Text: Bankruptcy@ICSystem.com | May 08 2026 01:28:00 | IC Systems, Inc, Attn: Bankruptcy, PO Box 64378, St. Paul, MN 55164-0378 |
| 15072755 | Email/Text: sbse.cio.bnc.mail@irs.gov | May 08 2026 01:28:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15077881 | Email/PDF: resurgentbknotifications@resurgent.com | May 08 2026 01:33:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15089483 | + Email/Text: bankruptcydpt@mcmcg.com | May 08 2026 01:28:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15072757 | + Email/Text: ml-ebn@missionlane.com | May 08 2026 01:27:00 | Mission Lane/webbank, Po Box105286, Atlanta, GA 30348-5286 |
| 15072758 | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2026 01:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15087654 | Email/Text: bnc-quantum@quantum3group.com | May 08 2026 01:28:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15092860 | Email/Text: bnc-quantum@quantum3group.com | May 08 2026 01:28:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15095073 | Email/Text: bnc-quantum@quantum3group.com | May 08 2026 01:28:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 13

District/off: 0313-2                                    User: admin                                         Page 2 of 2
Date Rcvd: May 07, 2026                            Form ID: 155                                     Total Noticed: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Theresa R. Conolly help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Theresa R. Conolly )       Case No. 25−14650−djb
 )
 )
   Debtor(s). )       Chapter: 13
 )
 )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: May 7, 2026                For The Court

                                  Derek J Baker
                                  Judge, United States Bankruptcy Court